**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAQUELINE KYLES,**

           **Plaintiff,**

**-vs-**                                             **Case No.  6:09-cv-1248-Orl-28GJK**

**HEALTHFIRST, INC.,**

           **Defendant.**

_____

# ORDER

This case is before the Court on the Renewed Joint Motion to Approve the Parties' Settlement (Doc. No. 35) filed December 2, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of No Objection to the Magistrate's Report and Recommendation (Doc. 40), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 3, 2010 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Renewed Joint Motion to Approve the Parties' Settlement (Doc. No. 35) is **GRANTED** to the extent that the Court finds the parties' Settlement Agreement to be fair and reasonable.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  13th  day of December, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge